THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES J.
ROONEY, Appellant, *v.* THEODORE A. BINGHAM, as Police
Commissioner of the City of New York, Respondent.

*People ex rel. Rooney* v. *Bingham*, 129 App Div. 578, affirmed.
(Submitted June 1, 1909; decided June 15, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
December 30, 1908, which confirmed a determination of the
defendant adjudging the relator, a member of the police force

of the city of New York, guilty of neglect of duty and reducing him from the rank of sergeant to that of patrolman.

*Henry A. Monfort* for appellant.

*Francis K. Pendleton, Corporation Counsel (James. D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.